Jonathan Thompson, an Infant, by Samuel T. Cushing, his Guardian ad Litem, Respondent, *v.* Henry Hart et al., Respondents, and Charles Remsen et al., as Executors of and Trustees under the Will of William Remsen, Deceased, Appellants.

*Thompson* v. *Hart,* 58 App. Div. 439, affirmed.
(Argued October 30, 1901; decided December 10, 1901.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 1, 1901, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial.

*John M. Perry* and *Everett V. Abbot* for appellants.

*Edward W. Sheldon* for plaintiff, respondent.

*Gratz Nathan, Jefferson M. Levy* and *Samuel Phillips Savage* for defendants, respondents.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs out of the estate, on opinion below.

Concur: Parker, Ch. J., Gray, O'Brien, Haight, Landon, Cullen and Werner, JJ.